AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MIREILLE LAURENT <br><br> *Plaintiff(s)* <br> v. <br><br> JAEA RESTAURANT HOLDINGS, LLC <br> d/b/a WENDY'S OLD FASHIONED HAMBURGERS, <br><br> *Defendant(s)* | Civil Action No. **16-80038-CIV-RYSKAMP/HOPKINS** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAEA RESTAURANT HOLDINGS, LLC
d/b/a WENDY'S OLD FASHIONED HAMBURGERS
By Serving its Registered Agent
Andres E. Garcia
3898 NW 52nd Street
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Conroy Simberg
Todd Feldman, Esq.,
3440 Hollywood Blvd, Second Floor
Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  01/08/2016

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts